

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00195-CV**

FORT WORTH PROFESSIONAL
FIREFIGHTERS ASSOCIATION

APPELLANT

V.

CITY OF FORT WORTH, TEXAS

APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 48-270181-14

----------

## MEMORANDUM OPINION AND ORDER[1]

----------

We have considered Appellant's petition for permissive interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d), (f) (West Supp. 2013); Tex. R. App. P. 28.3(a). We have also considered Appellee's response, which establishes that Appellee does not oppose the petition to the extent that

---

[1]*See* Tex. R. App. P. 47.4.

Appellant seeks interlocutory review of the trial court's June 2, 2014 order granting Appellee's motion for partial summary judgment.

The petition is **GRANTED**. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(f); Tex. R. App. P. 28.3(k). Appellant's notice of appeal is deemed filed today. *See* Tex. R. App. P. 28.3(k). This appeal shall be governed by the rules for accelerated appeals. *See* Tex. R. App. P. 28.1, 28.3(k). Also, Appellant shall file a copy of this order with the trial court's clerk. *See* Tex. R. App. P. 28.3(k).

The clerk's record and reporter's record are due on or before **July 10, 2014**. *See* Tex. R. App. P. 26.1(b), 35.1(b).

Appellant's brief will be due twenty days after the appellate record is filed. *See* Tex. R. App. P. 38.6(a). Appellee's brief will be due twenty days after the filing of Appellant's brief. *See* Tex. R. App. P. 38.6(b).

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED June 30, 2014

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

2